UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY RUSIELEWICZ,

                Plaintiff,

-against-

NYS DEPT. OF CORRECTIONS AND
COMMUNITY SUPERVISION, et al.,

                Defendants.

19-CV-10272 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued February 11, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) as to Plaintiff's claims under 42 U.S.C. § 1983, and dismissed for failure to exhaust as to Plaintiff's claims seeking release from custody.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 11, 2020
         New York, New York

                                      COLLEEN McMAHON
                                   Chief United States District Judge